UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GEOFFREY McISAAC, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAVANNAH, SAVANNAH AIRPORT COMMISSION, GREGORY KELLY, and FRED McCOSBY, in their individual and official capacities, <br><br> Defendants. | Case No. 4:19-cv-00021-WTM-CLR |

## ORDER

Before the Court is the parties' Joint Consent Motion for Stay Pending Bankruptcy Court Approval. The Court hereby **GRANTS** the motion and orders the case **STAYED** effective October 29, 2019, including all deadlines. The parties will inform this Court of the Bankruptcy Court's ruling not later than five (5) business days after notice of such ruling and at that time, request either a dismissal of this case with prejudice or a rescheduling of discovery and motions deadlines.

**So Ordered**, this ___6th___ day of November, 2019.

_____
United States Magistrate Judge
Southern District of Georgia, Savannah Division