IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GEOFFREY MCISAAC, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV419-021
 )
CITY OF SAVANNAH, SAVANNAH )
AIRPORT COMMISSION, GREGORY )
KELLY, in his Individual and )
Official Capacities; and FRED )
MCCOSBY, in his Individual and )
Official Capacities, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 45.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of March 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA